B6A (Official Form 6A) (12/07)

In re  **Samuel Latimore West**                                    Case No.  **15-10565**
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 4000 Lord Byron Circle , Round Rock, TX 78664<br><br>Forest Creek, Section 16, Block C, Lot 4, Williamson County, Texas<br><br>Property was purchased in 2001 for $288,000.00; Debtor refinanced the property in 2009.<br><br>Source of valuation: Williamson Central Appraisal District | Fee Simple Absolute | - | $348,282.00 | $298,576.00 |
| Dimmit County, Texas 3.37377 % interest in: 3516.41 acres of land, more or less, in Dimmit and Maverick Counties, Texas and further described in a document from the CLyde Risinger Trust, et al, as Grantors to each other, dated April 16th 2012 and recorded in instrument number 22692 of the Deed Records of Dimmit County, Texas, and also recorded in Volume 1341, page 196 of the Deed Records of Maverick County, Texas.<br><br>Property transfered to debtor in 3/2014.<br><br>Debtor has never received any income from the interest. Debtor believes the property has no market value because there is no drilling on the property. | Mineral interest | - | $0.00 | $0.00 |
| | | **Total:** | **$348,282.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Samuel Latimore West**                                    Case No.   **15-10565**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand at time of case filing | - | $479.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | A+ Federal Credit Union, checking account | - | $25.00 |
| | | A+ Federal Credit Union, savings account | - | $35.00 |
| | | Wells Fargo, checking account | - | $5.06 |
| | | Wells Fargo, savings account | - | $8.79 |
| | | Regions Bank - debit/cash card | - | $25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room: Sofa, side chair, television, stereo/TV cabinet, bar stools, DVD player. No particular item exceeds $550.00 for one person. | - | $1,025.00 |
| | | Kitchen/Dining room: Stove, refrigerator, dishwasher, microwave oven, small appliances, pots and pans, dishes and glassware, flatware, china cabinet, table and chairs, buffet. No particular item exceeds $550.00 for one person. | - | $1,435.00 |
| | | Bedroom 1: Bed, dresser, chest, night stand, clock, lamp, massage chair. No particular item exceeds $550.00 for one person. | - | $4,500.00 |
| | | Bedroom 2: Bed, dresser, TV No particular item exceeds $550.00 for one person. | - | $1,650.00 |
| | | Various office furniture. No particular item exceeds $550.00 for one person. | - | $500.00 |
| | | Bathroom: towels and linens, toilette articles. No particular | - | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Samuel Latimore West**                                      Case No.   **15-10565**

                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | item exceeds $550.00 for one person. | | |
| | | Utility room/Garage/Patio/Attic: Washer, dryer, refrigerator, freezer, garden tools, electric tools, hand tools, lawn mower. No particular item exceeds $550.00 for one person. | - | $1,800.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Collectibles, paintings, posters. | - | $575.00 |
| 6. Wearing apparel. | | Wearing apparel | - | $500.00 |
| 7. Furs and jewelry. | | Watch, rings. | - | $6,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Drum set (2), guitar, sound system | - | $3,000.00 |
| | | Exercise equipment | - | $2,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | All State Whole life insurance policy | - | $5,980.88 |
| | | State Farm Whole life insurance policy | - | $7,500.00 |
| | | Trivia Whole life insurance policy | - | $5,900.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Samuel Latimore West**                                    Case No.    **15-10565**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Edward Jones IRA | - | $52,647.16 |
| | | Social Security benefits, not being received at this time | - | Unknown |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Up until 02/2015, Debtor had a 100% ownership interest in WFM West Facilities Management, LLC.  However, currently, Debtor has no interest in this business. There are still some assets that the Debtor is associated with, namely, a 2014 GMC Sierra and 2 bank accounts. Liabilities exceed assets. | - | $0.00 |
| | | 10% interest in: Remote Computer Observation & Monitoring, LLC This is a company that does monitoring of sex offenders. The company is owned predominantly by police officers. Liabilities exceed assets of company. | - | $0.00 |
| | | 34% interest in: West Facilities Management, LLC The Company has had no activity in 2015; company lost the only contract it had in 12/2014. | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Samuel Latimore West**                                        Case No.  **15-10565**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Debtor invested $80,000.00 in 2011 into a property that was supposed to produce oil and which would yield the Debtor a 10% interest, but initially he agreed to receive 3.25% in the early stages of production.<br>Sinton, West (Shallow)<br>Gerdes<br>RRC ID 11833<br>The wells are currently shut down and, therefore, have no market value.<br>Debtor does not believe he will ever see a return on this investment. | - | $0.00 |
| | | Debtor was the passenger in a vehicle that was involved in an accident. Debtor sustained injuries.  Debtor filed a claim with State Farm, his vehicle insurance company, for personal injuries sustained during this accident. | - | $5,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Samuel Latimore West**                                    Case No.    **15-10565**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2015 Kia Cadenza<br>Debtor will return the vehicle when the lease is up in three years.<br>A leased vehicle. | - | $20,000.00 |
| | | 2011 Victory Crossroad | - | $6,000.00 |
| | | 2006 Kia Spectra  $1,000.00<br>Property in possession of and being maintained by debtor's brother. Debtor is just listed on the title. | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Samuel Latimore West**                                    Case No.  **15-10565**
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2015 Kia Optima<br>mileage: 9000<br>Property in possession of and being maintained by debtor's sister. Debtor is just the co-signer.<br>Debtor to surrender his interest in this vehicle. | - | $19,323.00 |
| | | For disclosure purposes<br>2014 GMC Sierra<br>This vehicle is in the name of WFM West Facilities Management, LLC and Debtor is the personal guarantor.<br>This vehicle is not in the Debtor's possession. | - | $34,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Samuel Latimore West**                                      Case No.  **15-10565**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____6_____ continuation sheets attached            **Total  >**   $179,963.89

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Samuel Latimore West**                              Case No.  **15-10565**
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4000 Lord Byron Circle<br>, Round Rock, TX 78664<br><br>Forest Creek, Section 16, Block C, Lot 4, Williamson County, Texas<br><br>Property was purchased in 2001 for $288,000.00; Debtor refinanced the property in 2009.<br><br>Source of valuation: Williamson Central Appraisal District | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $49,706.00<br>100% of Full Market Value | $348,282.00 |
| Living Room: Sofa, side chair, television, stereo/TV cabinet, bar stools, DVD player. No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,025.00<br>100% of Full Market Value | $1,025.00 |
| Kitchen/Dining room: Stove, refrigerator, dishwasher, microwave oven, small appliances, pots and pans, dishes and glassware, flatware, china platter, table and chairs, buffet. No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,435.00<br>100% of Full Market Value | $1,435.00 |
| Bedroom 1: Bed, dresser, chest, night stand, clock, lamp, massage chair. No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $4,500.00<br>100% of Full Market Value | $4,500.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$56,666.00** | **$355,242.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Samuel Latimore West**                          Case No.   **15-10565** _____

                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bedroom 2: Bed, dresser, TV No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,650.00 100% of Full Market Value | $1,650.00 |
| Various office furniture. No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 100% of Full Market Value | $500.00 |
| Bathroom: towels and linens, toilette articles. No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of Full Market Value | $50.00 |
| Utility room/Garage/Patio/Attic: Washer, dryer, refrigerator, freezer, garden tools, electric tools, hand tools, lawn mower. No particular item exceeds $550.00 for one person. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,800.00 100% of Full Market Value | $1,800.00 |
| Collectibles, paintings, posters. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $575.00 100% of Full Market Value | $575.00 |
| Wearing apparel | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 100% of Full Market Value | $500.00 |
| Watch, rings. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $6,000.00 100% of Full Market Value | $6,000.00 |
| Drum set (2), guitar, sound system | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $3,000.00 100% of Full Market Value | $3,000.00 |
| Exercise equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $2,000.00 100% of Full Market Value | $2,000.00 |
| | | **$72,741.00** | **$371,317.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Samuel Latimore West**                          Case No.  **15-10565** _____
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| All State Whole life insurance policy | Tex. Ins. Code §§ 1108.001, 1108.051 | $5,980.88 100% of Full Market Value | $5,980.88 |
| State Farm Whole life insurance policy | Tex. Ins. Code §§ 1108.001, 1108.051 | $7,500.00 100% of Full Market Value | $7,500.00 |
| Trivia Whole life insurance policy | Tex. Ins. Code §§ 1108.001, 1108.051 | $5,900.00 100% of Full Market Value | $5,900.00 |
| Edward Jones IRA | Tex. Prop. Code § 42.0021 | $52,647.16 100% of Full Market Value | $52,647.16 |
| Social Security benefits, not being received at this time | 42 U.S.C. § 407 | Unknown 100% of Full Market Value | Unknown |
| 2011 Victory Crossroad | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $56.00 100% of Full Market Value | $6,000.00 |
| | | **$144,825.04** | **$449,345.04** |

B6D (Official Form 6D) (12/07)

In re **Samuel Latimore West**                                      Case No.  **15-10565**
                                                                           (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx0606<br><br>A+ Federal Credit Union<br>A+ Federal Credit Union<br>PO Box 14867<br>Austin, TX 78761 | | - | DATE INCURRED:  **06/2011**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2011 Victory Crossroad**<br>REMARKS:<br><br>VALUE:                **$6,000.00** | | | | **$5,944.00** | |
| ACCT #:<br><br>BB&T<br>PO Box 632<br>Whiteville, NC 28472 | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2014 GMC Sierra**<br>REMARKS:<br>**Personal Guarantor for WFM West Facility Management**<br>**Truck to be surrendered.**<br>VALUE:              **$34,000.00** | | | | **$35,355.24** | **$1,355.24** |
| ACCT #: xxxxx1859<br><br>Kia Motors Finance<br>10550 Talbert Avenue<br>Founatin Valley, CA 92708 | X | - | DATE INCURRED:  **10/2014**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2015 Kia Optima**<br>REMARKS:<br>**Property in possession of and payments are being made by sister, Sandra Etmons.**<br>**Debtor to surrender his interest.**<br>VALUE:              **$19,323.00** | | | | **$19,323.00** | |
| ACCT #: xxxxxxxxx4093<br><br>Kia Motors Finance Co<br>10550 Talbert Ave<br>Fountain Valley, CA 92708 | | - | DATE INCURRED:  **10/2014**<br>NATURE OF LIEN:<br>**Lease Vehicle**<br>COLLATERAL:<br>**2015 Kia Cadenza**<br>REMARKS:<br>**Debtor has 3 years left on the lease.**<br><br>VALUE:              **$20,000.00** | | | | **$22,264.00** | **$2,264.00** |
| | | | Subtotal (Total of this Page) > | | | | **$82,886.24** | **$3,619.24** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)                    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Samuel Latimore West**                     Case No. **15-10565**

                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx1339<br><br>**Regions Mortgage Bankruptcy PO Box 18001 Hattiesburg, MS 39404** | | - | DATE INCURRED: **10/2009**<br>NATURE OF LIEN:<br>**Vendor's Lien and deed of trust lien**<br>COLLATERAL:<br>**4000 Lord Byron Circle**<br>REMARKS:<br><br><br>VALUE: **$348,282.00** | | | | **$298,576.00** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $298,576.00 | $0.00 |
| Total (Use only on last page) > | $381,462.24 | $3,619.24 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Samuel Latimore West**                                    Case No.  __**15-10565**__

                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Samuel Latimore West**                    Case No.   **15-10565**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **965**<br>**A&B Car Experts**<br>**1915 North Mays St.**<br>**Round Rock, TX 78664** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $675.14 |
| ACCT #:  **xxxx-xxxx-xxxx-4591**<br>**A+ Federal Credit Union**<br>**c/o Cardmember Service**<br>**PO Box 790408**<br>**St. Louis, MO 63179-0408** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantor for WFM West Facility**<br>REMARKS: | | | | $7,806.05 |
| ACCT #:  **xxxxxxxxxxxx5693**<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | - | DATE INCURRED:  **08/1986**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $3,188.00 |
| ACCT #:  **x2005**<br>**American Express Bank FSB**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355-0701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantor for WFM West Facilities Manag**<br>REMARKS: | | | | $6,483.00 |
| ACCT #:<br>**AREA/EY NCLBJ, LLC**<br>**7920 Belt Line Rd, Ste 900**<br>**Dallas, TX 75254** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cause no DC-14-12860-K**<br>REMARKS: | | | | $95,632.60 |
| ACCT #:  **xx1372**<br>**Austin Diagnostic Clinic**<br>**PO Box 843768**<br>**Dallas TX 75284** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $3,110.42 |

Subtotal >   **$116,895.21**

_____**8**_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Samuel Latimore West**    Case No. **15-10565**
                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Austin Pathology Associates, PA**<br>P.O. Box 203294<br>Dallas, TX 75320 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $380.00 |
| ACCT #: **xxxxxxxxxxxx7995**<br>**Bk Of Amer**<br>Po Box 982235<br>El Paso, TX 79998 | | - | DATE INCURRED: **12/2013**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $12,540.00 |
| ACCT #: **xxxxxx076-9**<br>**Blue Cross Blue Shield**<br>PO Box 3239<br>Naperville, IL 60566-7240 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance policy**<br>REMARKS: | | | | $773.48 |
| ACCT #:<br>**Brian Ostrander**<br>12403 Von Herff<br>Austin, TX 78732 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $8,000.00 |
| ACCT #:<br>**Cardmember Services**<br>PO Box 6354<br>Fargo, ND 58125-6354 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**A+ FCU** | | | | **Notice Only** |
| ACCT #:<br>**Central Texas Mental Health**<br>1717 N. IH-35 Ste.200<br>Round Rock, TX 78664 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $25.00 |

Sheet no. __1__ of __8__ continuation sheets attached to    Subtotal > **$21,718.48**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Samuel Latimore West**                                    Case No.   **15-10565**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8232**<br>**Chase**<br>**Attn: Bankruptcy Department**<br>**PO Box 10587**<br>**Greenville, SC 29603-0587** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Credit Card**<br>REMARKS: | | | | **$14,912.68** |
| ACCT #:  **xxxxxxxxxxxx4226**<br>**Chase Card**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **11/1996**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$17,081.00** |
| ACCT #:  **xxxxxxxxxxxx8954**<br>**Chase Card**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **11/2004**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$4,447.00** |
| ACCT #:  **xxxxxxxxxxxx1048**<br>**Chase Card**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **06/2006**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$3,968.00** |
| ACCT #:<br>**Checknet**<br>**PO Box 150**<br>**Provo, UT 84603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection agency for Edge Pest**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx5550**<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | | - | DATE INCURRED:  **05/1988**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$1,545.00** |

Sheet no. ____**2**____ of ____**8**____ continuation sheets attached to                    **Subtotal >**          **$41,953.68**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Latimore West**                     Case No.  **15-10565**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Clifford West** <br> **5795 Raventree Ct.** <br> **Atlanta, GA 30349** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Loan** <br> REMARKS: | | | | **$5,000.00** |
| ACCT #: **xxxxx xx xx-xx-x2860** <br> **Dallas County District Clerk** <br> **600 Commerce, 1st Floor** <br> **Dallas, TX 75202** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx8022** <br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | - | DATE INCURRED: **03/2010** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$13,790.00** |
| ACCT #: **xxx1281** <br> **Edge Pest** <br> **PO Box 2340** <br> **Orem, UT 84059** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$216.48** |
| ACCT #: **xxxxxxxxxxxx2325** <br> **Elan Financial Service** <br> **777 E Wisconsin Ave** <br> **Milwaukee, WI 53202** | | - | DATE INCURRED: **12/2013** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$7,921.00** |
| ACCT #: **xxxxx8484** <br> **Fifth Third Bank** <br> **Fifth Third Bank Bankruptcy Department,** <br> **1830 East Paris Ave.** <br> **Grand Rapids, MI 49546** | | - | DATE INCURRED: **04/2006** <br> CONSIDERATION: <br> **Automobile** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____3____ of ____8____ continuation sheets attached to                    Subtotal >     **$26,927.48**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Total >
                              (Use only on last page of the completed Schedule F.)
                      (Report also on Summary of Schedules and, if applicable, on the
                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Latimore West**                                        Case No.  **15-10565**

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Fred E. Walker, P.C.** <br> **609 Castle Ridge Rd., Ste. 220** <br> **Austin, TX 78746** | | - | DATE INCURRED:  **04/13/2015** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxxxxx4006** <br> **GECRB/Lowes** <br> **Attention:  Bankruptcy Department** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | - | DATE INCURRED:  **07/2007** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$5,506.00** |
| ACCT #:  **xxxxxxxxxxxx9126** <br> **GECRB/Mens Wearhouse** <br> **Attn: bankruptcy** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | - | DATE INCURRED:  **09/2005** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$1,006.00** |
| ACCT #:  **9848** <br> **Greater Austin Allergy** <br> **5656 Bee Cave Rd, Ste G201** <br> **West Lake Hills, TX 78746** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | | | **$59.00** |
| ACCT #: <br> **Humana Insurance Company** <br> **PO Box 219051** <br> **Kansas City, MO 64121-0000** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Dental insurance** <br> REMARKS: | | | | **$41.98** |
| ACCT #: <br> **Internal Revenue Service** <br> **Special Procedures - Insolvency** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantor for WFM West Facilities Manag** <br> REMARKS: <br> **941 Taxes** | | | | **$195.56** |

Sheet no. ___**4**___ of ___**8**___ continuation sheets attached to                                        Subtotal >          **$6,808.54**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Samuel Latimore West**                                      Case No.   **15-10565**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Internal Revenue Service** | | | **IRS Insolvency Office 300 E. 8th St., Mail Stop 5026AUS Austin, TX 78701** | | | | **Notice Only** |
| **Representing: Internal Revenue Service** | | | **United States Attorney Civil Process Clerk 601 N. W. Loop 410, Suite 600 San Antonio, Texas 78216** | | | | **Notice Only** |
| **Representing: Internal Revenue Service** | | | **United States Attorney General Department of Justice 950 Pennsylvania Ave., N.W. Washington, D.C. 20530** | | | | **Notice Only** |
| ACCT #:   **xxxx xx. xx-xxx2-T26** **Linebarger, Goggan, Blair & Sampson, LLP PO Box 17428 Austin, TX  78760-7428** | | - | DATE INCURRED: CONSIDERATION: **Disputed law suit** REMARKS: **Debtor does not own Automation Plus Systems, LLC and does not owe these costs.** | | | X | **$260.00** |
| ACCT #: **McCreary, Veselka, Bragg & Allen, PC PO Box 1269 Round Rock, TX 78680** | | - | DATE INCURRED: CONSIDERATION: **Attorney for Williamson County** REMARKS: | | | | **Notice Only** |
| ACCT #: **Railroad Commission of Texas 1701 North Congress Ave. Austin, TX 78711-2967** | | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |

Sheet no. _____**5**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      **$260.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Samuel Latimore West**                                    Case No.    **15-10565**
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **San Patricio County Tax** <br> PO Box 280 <br> Sinton, TX 78387 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantor for West Facilities Management** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **6487** <br> **San Patricio Electric Cooperative Inc.** <br> PO Drawer 400 <br> Sinton, TX 78387-0400 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantor for WFM West Facility Managen** <br> REMARKS: | | | | **$100.94** |
| ACCT #: <br> **Sandra Edmonds** <br> 2509 Omaha Rd. <br> Atlanta, GA 30331 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Loan** <br> REMARKS: | | | | **$12,500.00** |
| ACCT #:  **xxx3645** <br> **Service Provider for Consumers County** <br> PO box 3022 <br> Fall Rivers, MA 02722 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Subrogation claim** <br> REMARKS: <br> **Traveler's Insurance seeking subrogation for Steven Neinast.  Debtor disputes any involvement in an accident with this person.** | | | X | **Notice Only** |
| ACCT #:  **xxxxx5007** <br> **Small Business Administration** <br> PO Box 740192 <br> Atlanta, GA 30374 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Personal Guarantor for WFM West Fac Mgmt, LLC** <br> REMARKS: <br> **-4001 - Chase account number** | | | | **$32,812.78** |
| ACCT #:  **xxxx5105** <br> **Specialized Collection Systems** <br> PO Box 441508 <br> Houston, TX 77244 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collection agency for Austin Pathology** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$45,413.72**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Latimore West**

Case No.  **15-10565**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Steven Neinast**<br>**c/o Service Provider for Consumers Count**<br>**PO box 3022**<br>**Fall Rivers, MA 02722** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx5964**<br>**Syncb/conns**<br>**C/o Po Box 965036**<br>**Orlando, FL 32896** | | - | DATE INCURRED: **10/2012**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$418.00** |
| ACCT #:<br>**Thomas S Burke**<br>**5740 Cedar Grove Circle**<br>**Plano, TX 75093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for AREA/EY NCLBJ, LLC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx1224**<br>**Usaa Savings Bank**<br>**Po Box 47504**<br>**San Antonio, TX 78265** | | - | DATE INCURRED: **04/2011**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$10,465.00** |
| ACCT #: **6467**<br>**Wells Fargo**<br>**Bankruptcy Department**<br>**13675 Technology Dr., Bldg. C, 2nd Floor**<br>**Eden Prarie, MN 55344-2252** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**APS Automation Plus, Inc.**<br>REMARKS:<br>**SBA loan** | | | | **$41,078.93** |
| ACCT #: **xxxxxxxxxxxx2126**<br>**Wells Fargo Bank**<br>**Po Box 14517**<br>**Des Moines, IA 50306** | | - | DATE INCURRED: **07/2007**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$1,724.00** |

Sheet no. ___7___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$53,685.93**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Samuel Latimore West**                                                    Case No.  __**15-10565**__

                                                                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**William Risinger**<br>**12 Hillway Dr.**<br>**Round Rock, TX 78664** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**8**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$0.00** |
| Total > | **$313,663.04** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Samuel Latimore West**                                          Case No.    **15-10565**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Fred E. Walker, P.C.**<br>609 Castle Ridge Rd., Ste. 220<br>Austin, TX 78746 | Attorney Fees<br>Contract to be ASSUMED |
| **Kia Motors Finance Co**<br>10550 Talbert Ave<br>Fountain Valley, CA 92708 | 2015 Kia Cadenza<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Samuel Latimore West**                                    Case No.  **15-10565**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sandra Etmons**<br>2509 Omaha Rd.<br>Atlanta, GA 30331 | **Kia Motors Finance**<br>10550 Talbert Avenue<br>Founatin Valley, CA 92708 |

**Fill in this information to identify your case:**

Debtor 1  **Samuel**          **Latimore**          **West**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number  **15-10565**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income                                         12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Consultant** | |
| Employer's name | | **Remote.com** | |
| Employer's address | | **2251 Double Creek Dr., Ste. 404**<br>Number  Street | Number  Street |
| | | **Round Rock        TX    78664**<br>City        State    Zip Code | City        State    Zip Code |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,000.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$2,000.00** | |

| Debtor 1 | **Samuel** | **Latimore** | **West** | | Case number (if known) | **15-10565** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................... **→** 4. | $2,000.00 | |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** **Tax, Medicare, and Social Security deductions** 5a. | $335.82 | |
| | **5b.** **Mandatory contributions for retirement plans** 5b. | $0.00 | |
| | **5c.** **Voluntary contributions for retirement plans** 5c. | $0.00 | |
| | **5d.** **Required repayments of retirement fund loans** 5d. | $0.00 | |
| | **5e.** **Insurance** 5e. | $0.00 | |
| | **5f.** **Domestic support obligations** 5f. | $0.00 | |
| | **5g.** **Union dues** 5g. | $0.00 | |
| | **5h.** **Other deductions.** Specify: 5h. **+** | $0.00 | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. 6. | $335.82 | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $1,664.18 | |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** **Net income from rental property and from operating a business, profession, or farm** 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** **Interest and dividends** 8b. | $0.00 | |
| | **8c.** **Family support payments that you, a non-filing spouse, or a dependent regularly receive** 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** **Unemployment compensation** 8d. | $0.00 | |
| | **8e.** **Social Security** 8e. | $0.00 | |
| | **8f.** **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: 8f. | $0.00 | |
| | **8g.** **Pension or retirement income** 8g. | $0.00 | |
| | **8h.** **Other monthly income.** Specify: rental income 8h. **+** | $2,657.98 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $2,657.98 | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. 10. | $4,322.16 **+** | **=** $4,322.16 |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | |
| | Specify: 11. **+** | $0.00 | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. $4,322.16 **Combined monthly income** | |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Debtor will be renting out his home beginning May 1, 2015, and the rental income will cover the mortgage, insurance, taxes and HOA fees. Debtor is planning on staying with family in Georgia in the near future.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samuel** First Name | **Latimore** Middle Name | **West** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | **15-10565** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☒ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent....................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,797.98** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$608.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$202.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | _____ |
| 4d. Homeowner's association or condominium dues | 4d. | **$50.00** |

Debtor 1  __**Samuel**__ __**Latimore**__ __**West**__  Case number (if known)  __**15-10565**__
      First Name        Middle Name        Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. |
| | 6b.  Water, sewer, garbage collection | 6b. |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. |
| | 6d.  Other.  Specify:  __**Mobile Phone**__ | 6d.  **$125.00** |
| 7. | **Food and housekeeping supplies** | 7.  **$350.00** |
| 8. | **Childcare and children's education costs** | 8. |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  **$88.00** |
| 10. | **Personal care products and services** | 10.  **$75.00** |
| 11. | **Medical and dental expenses** | 11.  **$60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12.  **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  **$150.00** |
| 14. | **Charitable contributions and religious donations** | 14. |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a.  **$45.00** |
| | 15b.  Health insurance | 15b. |
| | 15c.  Vehicle insurance | 15c.  **$150.00** |
| | 15d.  Other insurance.  Specify: | 15d. |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: | 16. |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1  **2015 Kia Cadenza** | 17a.  **$347.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. |
| | 17c.  Other.  Specify: | 17c. |
| | 17d.  Other.  Specify: | 17d. |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. |
| | 20b.  Real estate taxes | 20b. |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. |
| | 20e.  Homeowner's association or condominium dues | 20e. |

| Debtor 1 | **Samuel** | **Latimore** | **West** | Case number (if known) | **15-10565** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21.  Other.**  Specify: _____     21.  **+**_____

**22.  Your monthly expenses.**  Add lines 4 through 21.
        The result is your monthly expenses.                                            22.  | **$4,297.98** |

**23.  Calculate your monthly net income.**

   23a.   Copy line 12 (your combined monthly income) from Schedule I.          23a.   | **$4,322.16** |

   23b.   Copy your monthly expenses from line 22 above.                         23b.  **–** | **$4,297.98** |

   23c.   Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                                23c.   | **$24.18** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

       For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
       payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑  No.
   ☐  Yes.  Explain here:
            **None.**

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  **Samuel Latimore West**

Case No.  **15-10565**

Chapter  **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $348,282.00 | | |
| B - Personal Property | Yes | 7 | $179,963.89 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $381,462.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $313,663.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $4,322.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $4,297.98 |
| TOTAL | | 30 | $528,245.89 | $695,125.28 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  **Samuel Latimore West**                                    Case No.    **15-10565**

                                                                   Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$4,322.16** |
| Average Expenses (from Schedule J, Line 22) | **$4,297.98** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$2,773.17** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$3,619.24** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$313,663.04** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$317,282.28** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Samuel Latimore West**                                               Case No.  <u>**15-10565**</u>
                                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>32</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date <u>6/1/2015</u>                                          Signature  <u>/s/ Samuel Latimore West</u>
                                                                                              ***Samuel Latimore West***


Date _____                        Signature _____

                                     [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Samuel Latimore West**                                                     Case No.   **15-10565**

                                                                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $ 4,038.88 | **2015 Debtor YTD wage income** |
| 600.00 | **2015 Income from 1099** |
| 2,000.00 | **2015 Distributions from Remote Com.** |
| | |
| 3,115.10 | **2014 Debtor wage income** |
| <7,022.00> | **2014 Income from K-1 (Remote Computer)** |
| 9,514.00 | **2014 Income from K-1 (West Facilities Management LLC)** |
| | |
| 24,000.00 | **2013 Debtor wage income** |
| <22,049.00> | **2013 Loss from S Corp** |

---

**None**
☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kia Motors Finance Co**<br>**10550 Talbert Ave**<br>**Fountain Valley, CA 92708** | **Monthly**<br>**(Last 90 days)** | **$347.00** | **$22,264.00** |
| **A+ Federal Credit Union**<br>**A+ Federal Credit Union**<br>**PO Box 14867**<br>**Austin, TX 78761** | **Monthly**<br>**(Last 90 days)** | **$280.00** | **$5,944.00** |
| **Regions Mortgage**<br>**Bankruptcy**<br>**PO Box 18001**<br>**Hattiesburg, MS 39404** | **Monthly**<br>**(Last 90 days)** | **$1,797.98** | **$298,576.00** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **Samuel Latimore West**                                        Case No.   **15-10565**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**None**

☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

**None**

☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**

☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Area/EY NCLBJ, LLC v WFM West Facilities Management, LLC and Samuel L West Cause no DC-14-12860-K | debt collection | In the 192nd Judicial District Dallas County, Texas | Default Judgment |

---

**None**

☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

**None**

☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

**None**

☑

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**

☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: **Samuel Latimore West**                    Case No.  **15-10565**

                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Debtor was a passenger in a vehicle that was involved in an accident.** | **Debtor sustained injuries.  Debtor received about $1,300.00 from Progressive Insurance. Debtor has now pursued a claim with his personal vehicle insurance.** | **01/2014** |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fred E. Walker, P.C. 609 Castle Ridge Road Suite 220 Austin, TX 78746** | **Various** | **$1,800.00 Attorney fee 335.00 Filing fee 45.00 Credit Report** |
| **InCharge Education Foundation, Inc. 2101 Park Center Dr., Ste. 310 Orlando, FL 32835** | **04/2015** | **$25.00 credit counseling course** |

---

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Hsyat Unrelated 3rd party** | **2/2015 - title transferred in 04/2015** | **2002 Mercedes Benz S Class $2,500.00** |
| **Round Rock Kia 600 Jefferson Way Round Rock, TX 78665** | **10/2014** | **2011 Range Rover evo $11,000.00 - used for living expenses** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Samuel Latimore West**                                          Case No.  **15-10565**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑   b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Chase | checking account,  $0.00 | $0.00 06/2014 |
| Regions Bank | Money Market, 9852, $0.00 | $9.91  04/2015 |
|  | Checking, 3095, $0.00 | $440.53 04/2015 |

---

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| Wells Fargo<br>Bankruptcy Department<br>13675 Technology Dr., Bldg. C, 2nd Floor<br>Eden Prarie, MN 55344-2252 | 1/2015 | $3,059.80 |

---

## 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| WFM West Facilities Management, LLC<br>4000 Lord Byron Circle<br>Round Rock, TX 78664 | checking - $0.00 | Wells Fargo<br>13675 Technology Dr., Bldg. C, 2nd Floor<br>Eden Prarie, MN 55344-2252 |
| WFM West Facilities Management, LLC<br>4000 Lord Byron Circle<br>Round Rock, TX 78664 | checking account | Regions Bank<br>PO Box 2020<br>Tyler, TX 78710 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re: **Samuel Latimore West**                                              Case No.  **15-10565**
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

| | | |
|---|---|---|
| APS Automation Plus Systems, Inc<br>4000 Lord Byron Circle<br>Round Rock, TX 78664 | checking account - $0.00 | Wells Fargo<br>13675 Technology Dr., Bldg.<br>C, 2nd Floor<br>Eden Prarie, MN 55344-<br>2252 |
| Kia Motors Finance Co<br>10550 Talbert Ave<br>Fountain Valley, CA 92708 | 2015 Kia Cadenza<br>$20,000.00 | 4000 Lord Byron Circle<br>Round Rock, TX 78664 |

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **Samuel Latimore West**                                    Case No.   **15-10565**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

None
☐

### 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **100% interest in:** <br> **WFM West Facilities Management, LLC** <br> **4000 Lord Byron Circle** <br> **Round Rock, TX 78664** <br> **EIN: 27-0088073** | **Managament consulting** | **2005 - 1/2015 (he stepped down as president and someone else took over. He has no interest in this business)** |
| **100% interest in:** <br> **SLW Enterprises, LLC** <br> **4000 Lord Byron Circle** <br> **Round Rock, TX 78664** <br> **TX No.: 32040465083** | **restaurant** | **2009 - present (open but has not been active since 2010)** |
| **100% interest in:** <br> **SLW Holdings, LLC** <br> **4000 Lord Byron Circle** <br> **Round Rock, TX 78664** <br> **TX No.: 32041539167** | **car business** | **2010 - 2/2015 (no activity - was merely a concept company)** |
| **100% interest in:** <br> **WCM West Construction Management, LLC** <br> **4000 Lord Byron Circle** <br> **Round Rock, TX 78664** <br> **TX No.:** | **construction** | **2010 - present (no activity ever)** |
| **100% interest in:** <br> **APS Automation Plus Systems, Inc** <br> **4000 Lord Byron Circle** <br> **Round Rock, TX 78664** <br> **EIN: 17-427977099** | **Copy company** | **1995 - Sold in 2007** |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Samuel Latimore West**                                    Case No.  **15-10565** _____

                                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

| | | |
|---|---|---|
| **10% interest in:**<br>**Remote Computer Observation & Monitoring, LLC**<br>**2251 Double Crekk Dr, Ste 404**<br>**Round Rock, TX 78664**<br>**EIN: 26-0418702** | **sex offender monitoring** | **2000 - present** |
| **34% interest in:**<br>**West Facilities Management, LLC**<br>**2509 Omaha Rd.  SW**<br>**Atlanta, GA 30331**<br>**EIN: 46-2754968** | **Event management** | **2012 - present (no activity in 2015; company lost the only contract it had in 12/2014)** |
| **Samuel Latimore West**<br>**4000 Lord Byron Circle**<br>**Round Rock, TX 78664** | **studio drummer/ musician** | **1964 - present (no earnings since 2013)** |

None
☑    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☐    a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                     **DATES SERVICES RENDERED**
**Baker, Overby & Moore**                               **2013**
**1102 E 1st St**
**Port Angelse, WA 98362**

---

None
☑    b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                                   **ADDRESS**
**Debtor in possession**                                  **4000 Lord Byron Circle**
                                                          **Round Rock, TX 78664**

---

None
☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  **Samuel Latimore West**                                    Case No.  **15-10565**

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  **Samuel Latimore West**                                    Case No.  **15-10565** _____

                                                                                    (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **6/1/2015**  _____        Signature _____ **/s/ Samuel Latimore West** _____
                                                      of Debtor      *Samuel Latimore West*

Date  _____        Signature _____
                                                      of Joint Debtor
                                                      (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Samuel Latimore West**                     CASE NO    **15-10565**

                                                     CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| A+ Federal Credit Union | 2011 Victory Crossroad |
| A+ Federal Credit Union | |
| PO Box 14867 | |
| Austin, TX 78761 | |
| xxxxxx0606 | |

Property will be (check one):
- ☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☑ Claimed as exempt       ☐ Not claimed as exempt

---

Property No.   2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| BB&T | 2014 GMC Sierra |
| PO Box 632 | |
| Whiteville, NC 28472 | |

Property will be (check one):
- ☑ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt       ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Samuel Latimore West**

CASE NO   **15-10565**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Kia Motors Finance<br>10550 Talbert Avenue<br>Founatin Valley, CA 92708<br>xxxxxx1859 | **Describe Property Securing Debt:**<br>2015 Kia Optima |

Property will be (check one):
- ☑ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>Regions Mortgage<br>Bankruptcy<br>PO Box 18001<br>Hattiesburg, MS 39404<br>xxxxxxxxx1339 | **Describe Property Securing Debt:**<br>4000 Lord Byron Circle |

Property will be (check one):
- ☐ Surrendered  ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☑ Claimed as exempt  ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Samuel Latimore West**

CASE NO   **15-10565**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Fred E. Walker, P.C.<br>609 Castle Ridge Rd., Ste. 220<br>Austin, TX 78746 | **Describe Leased Property:**<br>Attorney Fees | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Kia Motors Finance Co<br>10550 Talbert Ave<br>Fountain Valley, CA 92708 | **Describe Leased Property:**<br>2015 Kia Cadenza | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Samuel Latimore West**

CASE NO  **15-10565**

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>6/1/2015</u>

Signature  <u>/s/ Samuel Latimore West</u>
*Samuel Latimore West*

Date _____

Signature _____

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re **Samuel Latimore West**

Case No.      **15-10565**

Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Samuel Latimore West** | X  **/s/ Samuel Latimore West**            6/1/2015 |
| | Signature of Debtor                                   Date |
| Printed Name(s) of Debtor(s) | |
| | X |
| Case No. (if known)  **15-10565** | Signature of Joint Debtor (if any)                    Date |

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I,                    **Denise A. True**                   , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Denise A. True**

Denise A. True, Attorney for Debtor(s)
Bar No.: 24008212
Fred E. Walker, P.C.
609 Castle Ridge Rd., Ste. 220
Austin, TX 78746
Phone: (512) 330-9977
Fax: (512) 330-1686

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

FB 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:    Liquidation  ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Samuel Latimore West**

CASE NO  **15-10565**

CHAPTER  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$1,800.00** |
| Prior to the filing of this statement I have received: | **$1,800.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The fee does not include any other service then those specifically set forth above. Any agreement to provide additional services must be in writing. The amount disclosed above does not include the filing fee paid for this matter with the court which was handled by Debtor's attorney.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____**6/1/2015**_____ | _____**/s/ Denise A. True**_____ |
| *Date* | *Denise A. True*                              Bar No.  24008212 |
| | Fred E. Walker, P.C. |
| | 609 Castle Ridge Rd., Ste. 220 |
| | Austin, TX 78746 |
| | Phone: (512) 330-9977 / Fax: (512) 330-1686 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Samuel** | **Latimore** | **West** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Case number (if known) | **15-10565** |

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

☑ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $673.17 | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | |

Debtor 1  **Samuel**  **Latimore**  **West**

First Name    Middle Name    Last Name

Case number (if known)  **15-10565**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.** **Net income from operating a business, profession, or farm**

Gross receipts (before all deductions) — $766.67

Ordinary and necessary operating expenses — $0.00

Net monthly income from a business, profession, or farm — $766.67    Copy here ➔ $766.67 _____

See continuation page(s) for details

**6.** **Net income from rental and other real property**

Gross receipts (before all deductions) — $0.00

Ordinary and necessary operating expenses — $0.00

Net monthly income from rental or other real property — $0.00    Copy here ➔ $0.00 _____

**7.** **Interest, dividends, and royalties** — $0.00 _____

**8.** **Unemployment compensation** — $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................↓

For you............................................................... $0.00

For your spouse.............................................. _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $0.00 _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. **K-1 distribution (fr 2014 yr) 10/14-3/15** _____ $1,333.33 _____

10b. _____ _____ _____

10c. Total amounts from separate pages, if any. + _____ + _____

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B. $2,773.17 + _____ = $2,773.17

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................**Copy line 11 here** ➔ 12a. $2,773.17

Multiply by 12 (the number of months in a year). X  12

12b. The result is your annual income for this part of the form. 12b. $33,278.04

| Debtor 1 | **Samuel** | **Latimore** | **West** | Case number (if known) **15-10565** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

> **Texas**

Fill in the number of people in your household.

> **1**

Fill in the median family income for your state and size of household............................................................. 13. **$42,908.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Samuel Latimore West**                              X  _____
**Samuel Latimore West**                                          Signature of Debtor 2

Date  **6/1/2015**                                                     Date  _____
　　　　MM / DD / YYYY                                                      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

| Debtor 1 | __Samuel__ | __Latimore__ | __West__ | Case number (if known) __15-10565__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## 5.  Net income from operating a business, profession, or farm (details):

| Debtor 1 / Debtor 2 | Description (if available) | Average Monthly Amount |
|---|---|---|
| __Debtor 1__ | __Remotecom, LLC 10/14-3/15__ | |
| Gross receipts (before all deductions) | | __$666.67__ |
| Ordinary and necessary operating expenses | | __$0.00__ |
| Net monthly income from a business, profession, or farm | | __$666.67__ |
| __Debtor 1__ | __South Hampton 10/14-3/15__ | |
| Gross receipts (before all deductions) | | __$100.00__ |
| Ordinary and necessary operating expenses | | __$0.00__ |
| Net monthly income from a business, profession, or farm | | __$100.00__ |